THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Koifulu L.
 Massaquoi, Appellant.
 
 
 
 
 

Appeal from Lexington County
 J. Cordell Maddox, Jr., Circuit Court
Judge

Unpublished Opinion No. 2010-UP-104
 Submitted January 4, 2010  Filed February
4, 2010    

APPEAL DISMISSED

 
 
 
 Appellate Defender Elizabeth A.
 Franklin-Best, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster,
 Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney
 General Salley W. Elliott, all of Columbia, and Solicitor Donald V. Myers, of
 Lexington, for Respondent. 
 
 
 

PER CURIAM:  Koifulu Massaquoi appeals his sentence
 for possession of crack/cocaine base, arguing the plea judge abused his
 discretion in sentencing him to one year active time when a probationary term,
 including drug and alcohol treatment, would have been more appropriate.  After
 a thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels motion to
 be relieved.[1]
APPEAL
 DISMISSED.
WILLIAMS,
 PIEPER, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.